# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-00371-01-CR-W-DGK |
| ) | |
| CARL E. LUCAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Indictment (Doc. 24), the Government's response (Doc. 29), United States Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 38), and Defendant's objections (Doc. 39).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Dismiss (Doc. 24) is hereby DENIED.

**IT IS SO ORDERED**

Date: May 18, 2010 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT